DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL EBERSOLD,**
Appellant,

v.

**SUNNY STATE NURSERY & LANDSCAPE COMPANY, INC.,** a Florida corporation, **CLINTMOORE HERITAGE NURSERY, INC.,** a Florida corporation, and **GREEN LANDHOLDINGS, INC.,** a Florida corporation,
Appellees.

No. 4D18-1411

[November 21, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case Nos. 502010CA009130XXXXMB-AD and 502013CA014434XXXXMB-AD.

Kent Huffman of Hutchinson & Huffman, P.A., West Palm Beach, for appellant.

Cathleen Scott of Scott Wagner & Associates, P.A., Jupiter, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***